UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20793-CIV-JEM

ALEXEIA HERNANDEZ ANDREU a/k/a )
ALEXEI HERNANDEZ ANDREU, and all )
others similarly situated under 29 U.S.C. )
216(b), )
)
)
Plaintiffs, )
vs. )
)
)
ORILUZ WINDOWS, CORP., )
JAVIER PEREZ, )
)
)
Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described

Statement of Claim as follows:

**Half-time Overtime Claim (10/5/15-2/24/17):**
Amount of half time per hour not compensated: $5
Weeks: 72
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $7,200 X 2 = $14,400

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek time and one half damages for any completely unpaid overtime hours based on the evidence adduced in discovery.
***Plaintiff seeks all damages relevant to Count II regarding his negligence claim.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**
<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 3/6/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**