UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20793-CIV-JEM

ALEXEIA HERNANDEZ ANDREU a/k/a )
ALEXEI HERNANDEZ ANDREU, and all )
others similarly situated under 29 U.S.C. )
216(b), )
)
       Plaintiffs, )
vs. )
)
ORILUZ WINDOWS, CORP., )
JAVIER PEREZ, )
)
       Defendants. )
_____ )

## NOTICE OF MEDIATOR SELECTION

    The Parties have selected Neil Flaxman, Esq. as the mediator in this matter.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FLA. 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: DAVID.KELLY38@ROCKETMAIL.COM
F.B.N. 0123870
BY:__/s/____K. David Kelly_____
K. DAVID KELLY, ESQ.**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED TO THE FOLLOWING ON 10/20/17 VIA CM/ECF:**

**ALL LISTED CM/ECF RECIPIENTS**

**ADI AMIT, ESQUIRE**
**LUBELL & ROSEN, LLC**
***ATTORNEYS FOR DEFENDANTS***
**200 S. ANDREWS AVE, SUITE 900**
**FT. LAUDERDALE, FLORIDA 33301**
**PHONE: (954) 880-9500**
**FAX: (954) 755-2993**

**BY:_____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**